No. 582. BANKS, TRUSTEE, v. SOUTHERN DAIRIES, INC. December 20, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John N. Duncan* for petitioner. *Mr. John J. Carmody* for respondent.

Nos. 584, 585, and 586. WEIR v. UNITED STATES;
Nos. 587, 588, and 589. KORTE v. UNITED STATES. December 20, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. U. S. Lesh* for petitioners. *Solicitor General Reed, Assistant Attorney General McMahon,* and *Messrs. William W. Barron, W. Marvin Smith,* and *L. E. Birdzell* for the United States. Reported below: 92 F. (2d) 634.

No. 591. GENERAL BAKING Co. v. HARR, SECRETARY OF BANKING, ET AL. December 20, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. George E. Beechwood, Mark E. Lefever,* and *James S. Benn, Jr.,* for petitioner. *Messrs. Charles J. Margiotti* and *Joseph S. Clark, Jr.,* for respondents.